# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: THE MELVIN S. COHEN TRUST FOR THE MINNEAPOLIS FEDERATION FOR JEWISH SERVICE. | )<br>)<br>)<br>) |
| MARYJO COHEN, EMANUEL J. KALLINA, II, and FREDERIC J. FRANSEN, in their capacities as Trustees of the Melvin S. Cohen Trust for the Minneapolis Federation for Jewish Service,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>MINNEAPOLIS JEWISH FEDERATION,<br><br>Defendant/Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:16-CV-325 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs/Counterclaim Defendants Maryjo Cohen, Emanuel J. Kallina, II, and Frederic J. Fransen (in their capacities as Trustees of the Melvin S. Cohen Trust for the Minneapolis Federation for Jewish Service) hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on November 16, 2018, by the United States District Court for the Western District Court of Wisconsin.

Dated November 16, 2018                 **MICHAEL BEST & FRIEDRICH LLP**

By: s/*Paul E. Benson*
Paul E. Benson, SBN 1001457
Marie G. Bahoora, SBN 1092689
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108
Phone: 414-271-6560
Fax: 414-277-0656
pebenson@michaelbest.com
mgbahoora@michaelbest.com

*Attorneys for Plaintiffs/Counterclaim Defendants*